May 19, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ROMAN RAMIREZ-MEMIJE, Appellant

NO. 14-11-00456-CR          V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceeding in accordance with its opinion.

      We further order this decision certified below for observance.